```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

```
HEATHER M. EVERETT,                     :
                                        :
     Plaintiff,                         :
                                        :
vs.                                     :
                                        :      CIVIL ACTION 14-0573-M
CAROLYN W. COLVIN,                      :
Social Security Commissioner,           :
                                        :
     Defendant.                         :
```

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Heather M. Everett.

DONE this 8th day of October, 2015.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE